WILLIAM ROYCROFT, as Administrator, etc., of HESTER ROYCROFT, Deceased, Respondent, v. MUNICIPAL REALTY CORPORATION, Appellant.— Order in so far as it denies defendant's motion to vacate notice of examination before trial as to items 3 and 4 affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

TERGER HOLDING CORPORATION, Appellant, v. FRANK FRANKEL, Individually and as Mayor of the City of Long Beach, and Others, Respondents.— Order denying motion for injunction *pendente lite* unanimously affirmed. Order granting defendants' motion for judgment on the pleadings and judgment entered thereon dismissing the complaint on the merits unanimously affirmed, with ten dollars costs and disbursements. The alleged ordinance or local law of October 24, 1924,* may not be considered. It is not in this record and apparently was not before the court at Special Term. If it had existence, the validity of its enactment and its applicability or inapplicability may be determined only on a record which contains it. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SAMUEL WEISMAN, Respondent, v. JOHN H. RAMBO and A. ELFRIEDE RAMBO, Appellants.— Judgment of the County Court of Nassau county reversed on the law and the facts and a new trial ordered, costs to appellants to abide the event. The verdict of the jury is against the weight of the evidence. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of MICHAEL J. BARTHOLOMEW for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of MILTON N. LIEBERMAN for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ANNA ANDERSON, as Administratrix, etc., of WILLIAM ANDERSON, Deceased, and ETHEL ANDERSON, an Infant, by ANNA ANDERSON, as Guardian ad Litem and General Guardian, Respondents, v. ALIDA TREGDE and FRANK TREGDE, Appellants.— Order denying motion to vacate warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

CONSTANCE GIVEN and WALTER GIVEN, Respondents, v. JOHN BARTUNEK, Appellant.— Order granting reargument and on reargument vacating order dismissing the complaint affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

SAMUEL GUZY, Respondent, v. PEARL GUZY and Others, Appellants, Impleaded with GUSSIE MULLMAN, Defendant.— Order denying motion of defendants Guzy to dismiss the complaint affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

VALENTINE B. HAVENS, Appellant, v. HARRI M. HOWELL and Others, Respondents.— On argument, order granting, conditionally, defendants' motion for judgment on the pleadings, and order permitting plaintiff, on condition, to amend his complaint generally, affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

---

* See Long Beach Local Laws of 1924, No. 3; City Home Rule Law, § 32.— [REP.